# MINUTES OF THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

*Dean M MacKenzie*       v.   *Dora B. Schriro, et al.*

THE HONORABLE JOHN W. SEDWICK        CASE NO. 2:06-cv-01358-JWS

PROCEEDINGS:   **ORDER FROM CHAMBERS**         Date: March 9, 2007

---

     Petitioner MacKenzie filed a petition for a writ of habeas corpus at docket 1. After full briefing from the parties, the magistrate judge filed a report at docket 12 which recommends that the petition be dismissed as untimely. No objections have been filed.

     When reviewing a matter such as this, this court reviews the recommended findings of fact to which objections are taken and all recommended conclusions of law *de novo*. Findings of fact to which no objection is taken are reviewed for clear error. Having applied the preceding standard of review, this court finds no fault with the report and hereby adopts the findings of fact and conclusions of law recommended by Magistrate Judge Guerin. Base thereon, the petition at docket 1 is hereby **DISMISSED** as untimely. The Clerk will please close the file.